1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02373-TLN-KJN |
|---|---|
| | No. 2:23-cv-02410-TLN-KJN |
| | No. 2:23-cv-02412-TLN-KJN |
| | No. 2:23-cv-02413-TLN-KJN |
| | No. 2:23-cv-02414-TLN-KJN |
| | No. 2:23-cv-02415-TLN-KJN |
| | No. 2:23-cv-02416-TLN-KJN |
| | No. 2:23-cv-02417-TLN-KJN |
| | No. 2:23-cv-02418-TLN-KJN |
| | No. 2:23-cv-02419-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new case pleading and assign it to the
3  undersigned and Magistrate Judge Kendall J. Newman.  (*Id.* at ECF No. 26).  If the Court
4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5  will be ordered dismissed and closed.  (*Id.*)

6        The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8        Accordingly, the complaints/petitions in Case Nos 2:23-cv-02373, 2:23-cv-02410, 2:23-
9  cv-02412, 2:23-cv-02413, 2:23-cv-02414, 2:23-cv-02415, 2:23-cv-02416, 2:23-cv-02417, 2:23-
10 cv-02418 and 2:23-cv-02419 are hereby DISMISSED.  The Clerk of the Court is directed to close
11 these cases.  No further filings will be accepted.

12       IT IS SO ORDERED.

13       DATED:   December 05, 2023

16       Troy L. Nunley
      United States District Judge